**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6002**

JORGE GALEAS, JR., a/k/a Jorge Gevara,

                    Plaintiff - Appellant,

          v.

FNU BYRD, Chaplain, Lanesboro Correctional Institution,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.   Robert J. Conrad, Jr., Chief District Judge.  (3:11-cv-00543-RJC)

Submitted:  March 15, 2012          Decided:  March 20, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jorge Galeas, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Galeas, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b)(1) (2006) as malicious. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Galeas v. FNU Byrd, No. 3:11-cv-00543-RJC (W.D.N.C. Dec. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED